FILED

02/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0535

_____

IN RE THE MARRIAGE OF:

NANCY J. VAIRA,

      Petitioner and Appellee,

                                    O R D E R

      v.

DUANE E. SMITH,

      Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on February 24, 2023, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant Duane E. Smith's opening brief did not contain an appendix.

Additionally, the opening brief appears to be missing pages. After the Tables of Cases, Statutes, and Other Legal Authorities, the brief begins at page 3 mid-sentence.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant Duane Smith shall electronically file with the Clerk of this Court a revised brief and appendix containing the revisions necessary to comply with the specified Rules and that Appellant shall serve copies of the revised brief and appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those

specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED, pursuant to Rule 12(4) of the Temporary Electronic Filing Rules, that Appellants shall submit a paper copy of the relevant judgment or order(s) from which appeal is taken with each of the seven paper copies of the electronically filed brief; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant Duane E. Smith and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
February 27 2023